**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILIA VELASQUEZ-GASPAR, *Petitioner*, v. MERRICK B. GARLAND, Attorney General, *Respondent*. | No. 17-71964 Agency No. A200-903-039 ORDER |

Filed January 25, 2022

Before: Richard A. Paez, Consuelo M. Callahan, and Lawrence J. VanDyke, Circuit Judges.

---

**ORDER**

The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35.

The petition for rehearing en banc is **DENIED**.